AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

2008 JUL 21 PM 2: 26

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Bobby Lee Ingram | ) Case No: CR594-00002-002 |
| | ) USM No: 08909-021 |
| Date of Previous Judgment: December 13, 1995 | ) Terry Dillard |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 38            Amended Offense Level: 37
Criminal History Category: VI         Criminal History Category: VI
Previous Guideline Range: ___ to Life months    Amended Guideline Range: ___ to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's guideline range remains life because the statutorily required sentence in this case is life.

Except as provided above, all provisions of the judgment dated December 13, 1995, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 21, 2008

Judge's signature

William T. Moore, Jr.
Chief Judge, U. S. District Court

Effective Date: _____
(if different from order date)                     Printed name and title