FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 DEC -8 PM 1:23

CLERK /s/ L. Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR594-002
)
BOBBY LEE INGRAM, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 200), to which objections have been filed (Doc. 203). Defendant's underlying Petition for a Writ of Audita Querela (Doc. 197) essentially requests that <u>United States v. Booker</u>, 543 U.S. 220 (2005), be applied retroactively to his sentence.[1] However, when a defendant "is collaterally attacking his sentence as violating the United States Constitution, the proper avenue of relief is [section] 2255." <u>Schanck v. United States</u>, 2010 U.S. App. LEXIS 12921, at *2 (11th Cir. June 23, 2010) (unpublished) (alteration in original) (citation omitted). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and

---

[1] Inapposite to this opinion, "[t]he Supreme Court's holding in <u>Booker</u> is not retroactively applicable to cases on collateral review." <u>Clay v. United States</u>, 260 Fed. App'x 239, 240 (11th Cir. 2008) (unpublished) (<u>citing</u> <u>United States v. Booker</u>, 543 U.S. 220 (2005)).

Recommendation and finds Defendant's objections to be without merit. Therefore, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Defendant's petition is **DENIED**.

SO ORDERED this 8th day of December 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA