FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 FEB 28 PM 2:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BOBBY LEE INGRAM, )
)
    Petitioner, )
)
v. )    CASE NO. CV513-078
)               CR594-002
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 9). After a careful de novo review of the record, the Court finds Petitioner's objections without merit.[1] Petitioner has not received prior authorization from the Eleventh Circuit Court of Appeals that would allow this Court to exercise jurisdiction over his successive § 2255 motion. For this Court to have jurisdiction to entertain a successive habeas petition, the petitioner must first obtain permission from the Eleventh Circuit Court of Appeals by filing an "Application for Leave to File a

---

[1] At the time the Magistrate Judge issued his report and recommendation, Petitioner's Response to Government's Motion to Dismiss (Doc. 10) had not been filed. Nevertheless, the Court has considered the arguments raised in this response—which are largely similar to those contained within Petitioner's objections—in assessing the Magistrate Judge's report and recommendation.

Second or Successive Habeas Corpus Petition," using the form provided by the Eleventh Circuit Clerk of Court. Absent certification from the Eleventh Circuit Court of Appeals pursuant to Eleventh Circuit Rule 22-3(a), this Court is without jurisdiction to entertain the merits of any successive petition. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of February 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA