IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR594-002
)
BOBBY LEE INGRAM, )
)
Defendant. )

# ORDER

Before the Court is Defendant Bobby Lee Ingram's Unopposed Motion to Unseal Order Denying Motion to Reduce Sentence. (Doc. 267.) In this motion, Defendant requests that the Court unseal its Order (Doc. 257) so his defense counsel may review the Order for Defendant's appeal in the Eleventh Circuit Court of Appeals. The Court, however, has since provided Defendant the necessary information from the Court's Order. Accordingly, Defendant's request is **DISMISSED AS MOOT**.

SO ORDERED this 14th day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA